## S. & N. ALA. R. R. CO. V. ALA. G. S. R. R. COMPANY.

### *Injunction.*

(Decided May 19th, 1906.  41 So. Rep. 307.)

APPEAL from Jefferson Chancery Court.

Heard before Hon. JOHN C. CARMICHAEL.

TILLMAN, GRUBB, BRADLEY & MORROW, for appellants.

A. T. LONDON and A. G. SMITH, for appellees.

Affirmed. Opinion by DOWDELL, J.

WEAKLEY, C. J., and HARALSON and SIMPSON, JJ., concur.

---

## SMITH V. BIRMINGHAM RY. L. & P. CO.

### *Damages.*

(Decided May 19th, 1906.  41 So. Rep. 307.)

APPEAL from Birmingham City Court.

Heard before Hon. CHAS. A. SENN.

STALLINGS & NESMITH, for appellant. WALKER, TILLMAN, CAMPBELL & WALKER, for appellee.

Affirmed. Opinion by HARALSON, J.

WEAKLEY, C. J., and DOWDELL and SIMPSON, JJ., concur.

---

## FORBES & CARLOSS V. DAVIDSON.

### *Damages for Personal Injury.*

(Decided May 19th, 1906.  41 So. Rep. 312.)

APPEAL from Pickens Circuit Court.

Heard before Hon. S. H. SPROTT.

E. D. WILLETT, for appellant. FOSTER, OLIVER, COX & Cox, for appellee.

Affirmed. Opinion by SIMPSON, J.

WEAKLEY, C. J., and HARALSON and DOWDELL, JJ., concur.